ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| CHARLES WESLEY WRIGHT (01) | 4-14CR-164-Y |

### INDICTMENT

The Grand Jury Charges:

### Count One
### Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. § 2252(a)(5))

On or about April 1, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Charles Wesley Wright** knowingly possessed matter that contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

Indictment – Page 1

Specifically, **Wright** possessed one Cooler Master Stacker computer containing a Western Digital hard drive, serial number WMASY0119343, and one Seagate Barracuda 7200 hard drive, serial number 5QM2DFKG, the following described video files visually depicting a prepubescent minor engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minor, as defined in 18 U.S.C. § 2256:

| File name | Description of the file |
| --- | --- |
| $RZBFCD7.avi | A video file depicting a nude blonde prepubescent female whose legs are spread apart to expose her genital area. An adult is also present and digitally penetrates the anus and vagina of the prepubescent female. |
| (sdpa)1yr(toddler serie).wmv | A video file depicting a nude toddler female lying on a bed with her genitals exposed. The child performs oral sex on an erect adult male penis. The male engages in anal sexual intercourse with the toddler and ejaculates on her vagina. |
| !!new (pthc) babyj-private (anal fuck 7yr) (map) (1) (2) (3).wmv | A video file depicting an adult male's erect penis anally penetrating a female toddler. |

In violation of 18 U.S.C. § 2252(a)(5).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Wright** shall forfeit to the United States (a) any visual depiction described in 18 U.S.C. § 2251 and 18 U.S.C. § 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest in the following:

1. One Cooler Master CM Stacker computer containing a Western Digital hard drive, serial number WMASY0119343, and one Seagate Barracuda 7200 hard drive, serial number 5QM2DFKG,

seized from Wright's residence on April 1, 2014 by FBI agents.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHARLES WESLEY WRIGHT (01)

INDICTMENT

18 U.S.C. § 2252(a)(5)
Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
(1 COUNT)

18 U.S.C. § 2253
Forfeiture

A true bill rendered:

FORT WORTH                                                    FOREPERSON

Filed in open court this 13th day of August, A.D. 2014.

Defendant on Pretrial Release.

UNITED STATES DISTRICT JUDGE
(Magistrate Case Number: 4:14-MJ-166)