IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-164-Y |
| | ECF |
| CHARLES WESLEY WRIGHT (01) | |

## EXPERT DESIGNATION

THE UNITED STATES OF AMERICA files this designation of expert witnesses pursuant to the Court's scheduling order and would show the Court the following:

1.     **Christopher Thompson**
    Special Agent, FBI
    Dallas, Texas

    This witness has specialized knowledge regarding the forensic examination of the defendant's computer and any other seized storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and other seized items. This witness also has specialized knowledge regarding computer investigations to include the internet and child exploitation offenses involving peer-to-peer investigations and forensic examinations as they relate to peer-to-peer investigations.

2. **Aaron Covey**
Special Agent, FBI
Dallas, Texas

This witness has specialized knowledge regarding computer investigations to include internet child exploitation offenses involving peer-to-peer investigations and forensic examinations as they relate to peer-to-peer investigations. This witness can also provide testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and other seized items.

3. **Jeff Rich**
Task Force Officer, FBI
Dallas, Texas

This witness can provide expert testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and other seized items. This witness also has specialized knowledge regarding computer investigations to include the internet and child exploitation offenses involving peer-to-peer investigations and forensic examinations as they relate to peer-to-peer investigations.

4. **Don Wills**
   Forensic Examiner
   North Texas Regional Computer Forensics Lab
   Dallas, Texas

This witness can provide expert testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and other seized items. This witness also has specialized knowledge regarding computer investigations to include the internet and child exploitation offenses involving peer-to-peer investigations and forensic examinations as they relate to peer-to-peer investigations.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 11th day of September, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Christopher Curtis.

                                                */s/ Aisha Saleem*
                                                AISHA SALEEM
                                                Assistant United States Attorney